IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RUDY MOGUSH, et al.,** | * |
|     **Plaintiffs** | * |
| v. | *   CIVIL ACTION NO. 93-CV-03271 |
| **ACandS, INC., et al.** | * |
|     **Defendants** | * |

* * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S MOTION TO AMEND COMPLAINT
### TO ADD DEFENDANTS

Plaintiffs, by their undersigned attorneys, hereby move pursuant to F.R.C.P. 15 to amend their Complaint to add Defendant Wallace & Gale Asbestos Settlement Trust Company, Successor to the Wallace & Gale Company. Copies of the proposed Amendment is attached hereto as Exhibit 1.

Pursuant to Rule 15, leave of Court shall be freely given when justice so requires. As a result of Plaintiff's continuing discovery, Plaintiff has reason to believe that he was exposed to airborne asbestos fibers during the use and manipulation of asbestos-containing products manufactured and/or distributed by Wallace & Gale Asbestos Settlement Trust Company, Successor to the Wallace & Gale Company during his employment at the Bethlehem Steel Sparrows Point Plant in Baltimore, Maryland from 1941 to 1977.

Inclusion of this Defendant will not prejudice this case at this time. A proposed discovery schedule which will afford sufficient time for this defendant to depose co-workers and experts and prepare for trial will be proposed for the court to approve.

WHEREFORE, Plaintiffs respectfully request that the Motion to Amend Complaint to Add Defendant be GRANTED.

Respectfully submitted,

*/s/ Armand J. Volta, Jr.*

Armand J. Volta, Jr.
Bar No. 07982

LAW OFFICES OF PETER G. ANGELOS
100 North Charles Street
22nd Floor
Baltimore, Md 21201
(410) 649-2000

Attorneys for Plaintiffs