IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RUDY MOGUSH, et al.,** | * |
|     **Plaintiffs** | * |
| E. | *   CIVIL ACTION NO. 93-CV-03271 |
| **ACandS, INC., et al.** | * |
|     **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AMENDMENT BY INTERLINEATION TO ADD DEFENDANT**

Comes now the above Plaintiff, by undersigned counsel and the Law Offices of Peter G. Angelos, and amends the Short Form Complaint by interlineation to add the following Defendant:

    A.    **WALLACE & GALE ASBESTOS SETTLEMENT TRUST,**
            Successor to the Wallace & Gale Company

            **Serve On:**
            Margaret Fonshell Ward
            Moore & Jackson
            305 Washington Avenue
            Suite 401
            Towson, MD 21204

Plaintiff adopts and incorporates by reference herein all relevant causes of action and allegations in the original Complaint, Master Complaints and any amendments thereto and the demand for a trial by jury on all issues presented.

                                        Respectfully submitted,

                                        */s/ Armand J. Volta, Jr.*

                                        Armand J. Volta, Jr.
                                        Bar No. 07982
                                        LAW OFFICES OF PETER G. ANGELOS
                                        One Charles Center
                                        100 North Charles Street
                                        22nd Floor
                                        Baltimore, Maryland 21201
                                        (410) 649-2000

                                        Attorneys for Plaintiffs